# EXHIBIT A

# DOCKET SHEET

## CASE NO. 429-00627-2023

| Michael Irvin, Plaintiff vs. Marriott International, Inc., and Jane Doe, Defendants. | § § § § | Location: **429th District Court** Judicial Officer: **Willis, Jill Renfro** Filed on: **02/09/2023** |
|---|---|---|

---

### CASE INFORMATION

| | |
|---|---|
| | Case Type: **All Other Civil Cases** |

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 429-00627-2023 |
| Court | 429th District Court |
| Date Assigned | 02/09/2023 |
| Judicial Officer | Willis, Jill Renfro |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Irvin, Michael** | **McCathern, Levi G, II** *Retained* 214-741-2662(W) |
| **Defendant** | **Doe, Jane** | **Pro Se** |
| | **Marriott International, Inc.** | **Pro Se** |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 02/09/2023 | Plaintiff's Original Petition (OCA) $371.00 Party: Plaintiff Irvin, Michael | |
| 02/10/2023 | Request for Citation $8.00 | |
| 02/10/2023 | **Citation** Marriott International, Inc. served 02/13/2023 | |
| 02/14/2023 | Service Return *Affidavit of Service - Marriott International, Inc.* | |
| 02/16/2023 | Motion *Plaintiff's Motion for Expedited Discovery* | |
| 02/16/2023 | Order *Order on Plaintiffs' Motion for Expedited Discovery* | |

---

| DATE | FINANCIAL INFORMATION |
|---|---|

| | |
|---|---|
| **Defendant** Doe, Jane | |
| Total Charges | 9.00 |
| Total Payments and Credits | 9.00 |
| **Balance Due as of 2/17/2023** | **0.00** |

# DOCKET SHEET
## CASE NO. 429-00627-2023

**Plaintiff** Irvin, Michael
Total Charges                                                    425.00
Total Payments and Credits                                       425.00
**Balance Due as of  2/17/2023**                                 **0.00**



*Printed on 02/17/2023 at 2:49 PM*



STATE OF TEXAS )
COUNTY OF COLLIN )

I, Michael Gould, District Clerk in and for Collin County Texas,
do hereby certify that the above foregoing is a true and correct copy of the
original document as the same appears on the file in the District Court,
Collin County, Texas Witness my hand and seal of said Court, this
the _____ day of _____ A.D., 20___

MICHAEL GOULD, DISTRICT CLERK
COLLIN COUNTY, TEXAS

## <u>CERTIFICATION</u>

Pursuant to Local Rule CV-81(c)(2), I, Kendall K. Hayden, hereby certify that on this 20th day of February 2023 that the forgoing state court docket sheet is a true and correct copy of the docket sheet for Cause No. 429-00627-2023, *Michael Irvin v. Marriott International, Inc., et al.*, in the 429th Judicial District Court, Collin County, Texas.