**EXHIBIT G**

# LIST OF PARTIES AND ATTORNEYS

## Attachment to Civil Cover Sheet

*Michael Irvin v. Marriott International, Inc., et al.*

| Party Name and Party Type | Attorney(s) | Status |
|---|---|---|
| Michael Irvin, Plaintiff | Levi G. McCathern, II<br>State Bar No. 00787990<br>lmccathern@mccathernlaw.com<br>Scott J. Becker<br>State Bar No. 90001624<br>sbecker@mccathernlaw.com<br>Jesse L. Cromwell<br>State Bar No. 24073067<br>jcromwell@mccathernlaw.com<br>McCathern, PLLC<br>3710 Rawlins, Suite 1600<br>Dallas, Texas 75219<br>Telephone: (214) 741-2662<br>Facsimile: (214) 741-4717 | N/A |
| Marriott International, Inc., Defendant | Kendall Kelly Hayden<br>khayden@cozen.com<br>State Bar No. 24046197<br>Cozen O'Connor<br>1717 Main Street, Suite 3100<br>Dallas, Texas 75201<br>Telephone: (214) 462-3000<br>Facsimile: (214) 462-3299<br><br>Nathan D. Chapman<br>nchapman@kcozlaw.com<br>Pro hac vice forthcoming<br>C. Celeste Creswell<br>ccreswell@kcozlaw.com<br>Pro hac vice forthcoming<br>Kabat Chapman & Ozmer LLP<br>171 17th Street NW, Suite 1550<br>Atlanta, GA 03063<br>Telephone: (404) 400-7300<br>Facsimile: (404) 400-7333 | Served on February 13, 2023, but has not answered |