IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL IRVIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| | § | CIVIL ACTION NO.  4:23-cv-131 |
| MARRIOTT INTERNATIONAL, INC. AND JANE DOE, | § § § | |
| Defendants. | § § § | |

**DEFENDANT MARRIOTT INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Marriott International, Inc., by and through its undersigned attorney, certifies that the following party may have a pecuniary interest in the outcome of this case:

| PARTY | CONNECTION/INTEREST |
|---|---|
| Marriott International, Inc. | Named Defendant |

Marriott, International, Inc. is a publicly traded corporation.  It does not have any parent corporations.  No publicly held corporation owns 10% or more of its stock.

Respectfully submitted:

*/s/ Kendall Kelly Hayden*

Kendall Kelly Hayden
khayden@cozen.com
State Bar No. 24046197
COZEN O'CONNOR
1717 Main Street, Suite 3100
Dallas, Texas  75201
Telephone: (214) 462-3000
Facsimile:  (214) 462-3299

and

Nathan D. Chapman
nchapman@kcozlaw.com
*Pro hac vice forthcoming*
C. Celeste Creswell
ccreswell@kcozlaw.com
*Pro hac vice forthcoming*
Kabat Chapman & Ozmer LLP
171 17th Street NW, Suite 1550
Atlanta, GA 03063
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

**ATTORNEYS FOR MARRIOTT INTERNATIONAL, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2023, a true and correct copy of the above and foregoing was sent to all counsel of record, via electronic service and/or via certified mail, return receipt requested.

Levi G. McCathern, II
State Bar No. 00787990
lmccathern@mccathernlaw.com
Scott J. Becker
State Bar No. 90001624
sbecker@mccathernlaw.com
Jesse L. Cromwell
State Bar No. 24073067
jcromwell@mccathernlaw.com
McCathern, PLLC
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: (214) 741-2662
Facsimile: (214) 741-4717

_____
Kendall K. Hayden