UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_Sherman_ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

Revised: 9/3/2015

**APPROVED**
By Nakisha Love at 3:42 pm, Feb 21, 2023

1. This application is being made for the following: Case # _4:23-cv-00131-ALM_
Style/Parties: _Michael Irvin v. Marriott International Inc. and Jane Doe_
2. Applicant is representing the following party/ies: _Defendant Marriott International, Inc._
3. Applicant was admitted to practice in _Georgia_ (state) on _10/13/1997_ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
_See Attachment A_
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, _C. Celeste Creswell_ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _02/21/2023_    Signature _/s/C. Celeste Creswell_ (/s/Signature)

**Application Continued on Page 2**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) C. Celeste Creswell
Bar Number /State 196077/Georgia
Firm Name: Kabat Chapman & Ozmer LLP
Address/P.O. Box: 171 17th Street NW, Suite 1550
City/State/Zip: Atlanta, Georgia 30363
Telephone #: (404) 400-7300
Fax #: (404) 400-7333
E-mail Address: ccreswell@kcozlaw.com
Secondary E-Mail Address: bwestenberger@kcozlaw.com

This application has been approved for the court on: __2/21/23__

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _NakishaLove_
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

**Email Application**

# ATTACHMENT A

C. Celeste Creswell – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| Georgia (Bar No. 196077) | 10/13/1997 | Yes |
| Tennessee (Bar No. 018305) | 11/13/1996 | Yes |

Georgia State Bar
104 Marietta Street NW
Suite 100
Atlanta, Georgia 30303
(404) 527-8700/(800) 334-6865

Tennessee Bar Association
221 4th Avenue N.
Suite 400
Nashville, Tennessee 37219
(615) 383-7421/(800) 899-6993 toll-free

C. Celeste Creswell – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| Georgia Superior and State Courts | 10/13/1997 | Yes |
| Georgia Supreme Court | 09/11/2001 | Yes |
| Georgia Court of Appeals | 03/06/2001 | Yes |
| Northern District of Georgia | 11/29/1999 | Yes |
| Tennessee State Courts | 1996 | Yes |
| Tennessee Supreme Court | 11/13/1996 | Yes |
| Eastern District of Tennessee | 01/13/1998 | Yes |
| Middle District of Tennessee | 06/23/2014 | Yes |
| Western District of Tennessee | 03/10/2021 | Yes |
| Supreme Court of the United States | 12/13/2013 | Yes |
| U.S. Court of Appeals 2nd Circuit | 03/13/2013 | Yes |
| U.S. Court of Appeals 6th Circuit | 05/28/2008 | Yes |
| U.S. Court of Appeals 4th Circuit | 09/18/2018 | Yes |
| District of Colorado | 05/10/2022 | Yes |

Georgia Supreme Court
244 Washington Street
Room 572
State Office Annex Building
Atlanta, Georgia 30334
(404) 656-3470

U.S.D.C. Northern District
Richard B. Russell Federal
Building and Courthouse
75 Spring Street, SW
Atlanta, Georgia 30306-3361
(404) 215-1660

Supreme Court of the United States
1 First Street NE
Washington, DC 20543
(202) 479-3000

Tennessee Supreme Court
401 7th Avenue N
Nashville, Tennessee 37219
(615) 253-1470

Eastern District of Tennessee
900 Georgia Avenue
Chattanooga, Tennessee 37402
(423) 752-5200

Middle District of Tennessee
801 Broadway, Room 800
Nashville, Tennessee 37203
(615) 736-5498

U.S. Court of Appeals
2nd Circuit
Thurgood Marshall Crthse
40 Foley Square
New York, New York 10007
(212) 857-8500

U.S. Court of Appeals
6th Circuit
Potter Stewart US Crthse
100 East Fifth Street
Cincinnati, Ohio 45202
(513) 564-7000

U.S. Court of Appeals
4th Circuit
Lewis F. Powell Jr. Crthse & Anx
1100 East Main Street, Ste. 501
Richmond, VA 23219
(804) 916-2700