CAUSE NO. 429-00627-2023

| | |
|---|---|
| Michael Irvin,<br>*Plaintiff*<br>vs.<br>Marriott International, Inc.,<br>*Defendant.* | In the 429th District Court<br><br>Collin County, Texas |

### ORDER ON PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

After considering Plaintiff's Motion for Expedited Discovery, the Court hereby **GRANTS** the Motion.

THEREFORE, IT IS ORDERED that Defendant must respond by 5:00 p.m. CST on **February 20, 2023** to Plaintiff's Request for Production, and Interrogatories described in Plaintiff's Motion for Expedited Discovery. To wit:

**Request For Production 1.** Any and all video recordings, written reports, and/or witness statements gathered that pertain to Michael Irvin's stay at the Renaissance Phoenix Hotel & Spa in February 2023.

**Interrogatory 1.** Provide the name and contact information for any and all of Defendant's employees who made a complaint against Plaintiff Irvin.

**Interrogatory 2.** Provide the name and contact information for any employee who is alleged to have been offended by Plaintiff Irvin's conduct.

**Interrogatory 3.** Provide the name and contact information for any and all employees or managers who contacted the NFL about Plaintiff Irvin's conduct.

**Interrogatory 4.** Provide the names and contact information for any and all persons associated with the NFL to whom reports were made regarding Michael Irvin.

Signed on this the __16__ day of February 2023 at __11:38__ o'clock __A__.m.

_____
HONORABLE JUDGE PRESIDING