

# Report of Investigation

**Bryn Davis**
**February 8, 2023**

**Prepared For:**
Steven Mandell

**Prepared By:**
Franklin Global, Inc.
200 S. Wilcox Street
Suite 320
Castle Rock, CO 80104

*Sensitive and Confidential*

Security Consulting | Investigations | Executive Protection

# TABLE of CONTENTS

**REPORT OF INVESTIGATION** ................................................................................................................. 3
   **Summary**............................................................................................................................................ 3

# REPORT OF INVESTIGATION

Investigation Regarding:	Bryn Davis
Date of Report:	February 8, 2023

## Summary

On February 8, 2023, at approximately 5:32 pm (PT), Franklin Global Investigator Patrick Conley telephonically interviewed Bryn Davis, telephone number (215) 480-2794. Mr. Davis was advised of the identity of the investigator and the nature of the interview. Mr. Davis verbally consented to allow the investigator to record the interview. A copy of the recording is available from the following link:

https://franklinglobal.box.com/s/fg1i4rtgia19w8xq57qslsiu7ng76jva

A summary of the interview is provided below:

Mr. Davis is from Philadelphia, PA and is visiting Phoenix, AZ for the Super Bowl. He arrived in Phoenix on Saturday and is staying at an Airbnb rental home in Scottsdale, AZ.

On Sunday, February 5, 2023, between approximately 9:30 pm and 10 pm, Mr. Davis arrived at the Renaissance Phoenix Downtown Hotel, 100 1st Street, Phoenix, AZ with his friends, Joe Manuele and Phil Watkins. They went to a restaurant/bar located near the lobby and sat a table near the bar. At that time, the bar was approximately 1/2 full, with approximately 12 patrons. In addition, Mr. Davis recalled one or two bartenders as well as the female waitress that serviced their table. He indicated there were other employees working at the bar and restaurant.

Mr. Davis and his friends were having a "business type" meeting when he observed Michael Irvin standing near the bar talking to other patrons. He recalled one of the patrons was wearing a Miami Hurricanes' baseball cap.

Mr. Davis and his friends asked the waitress to buy a drink for Mr. Irvin. Mr. Irvin declined the drink but came over to their table and thanked them for the gesture. Mr. Irvin indicated he could not have another drink because he had to work the following morning. Mr. Irvin observed Mr. Davis holding his phone and said if he wanted a photo with him, they needed to go outside away from the bar.

The group walked outside with Mr. Irvin and took photos with him. Mr. Davis indicated the photos were time stamped on his phone at 11:08 pm. Once the photos were done, the group walked back inside.

Mr. Davis then observed a female waitress or employee from the bar approach Mr. Irvin and indicate it was nice to meet him. Mr. Irvin put his hand near his chest, then shook the female's hand. The interaction lasted approximately 30-45 seconds and seemed jovial. Mr. Irvin then walked away toward the elevators and the woman returned to work.

Mr. Davis did not notice the female again and did not hear anyone discuss the interaction. Mr. Daivs commented to his friends that "it must be nice to be Michael Irvin" and have people come up and say "hi". He also commented to his friends that he couldn't believe Michael Irvin is the same age as him, indicating he (Mr. Davis) is "fat".

The following day, Mr. Davis saw a headline in the news about allegations of sexual misconduct by Michael Irvin. He assumed it was from a prior incident, but when it referenced the incident occurred on Sunday night, he was "blown away" and couldn't believe the allegation after his encounter with Mr. Irvin.

On Monday, Mr. Davis learned from representatives of his network about inquiries into the incident. After learning Mr. Davis may have been present during the incident, Mr. Davis was referred to Steve Mandell and the investigator.

Mr. Davis added that his friend, Joe Manuele, told him he went back to the bar on Monday night with Eric Burns, a former Major League Baseball player. Mr. Manuele said the same waitress was back working at the bar.

Below are photos and a link to a video obtained by Mr. Davis during his interactions with Mr. Irvin:

Video link:  https://franklinglobal.box.com/s/cp56yji2vzjs6oqrhr5s502krq1g8cfj




