

# Report of Investigation

**Joe Manuele**
**February 8, 2023**

**Prepared For:**
Steven Mandell

**Prepared By:**
Franklin Global, Inc.
200 S. Wilcox Street
Suite 320
Castle Rock, CO 80104

*Sensitive and Confidential*

Security Consulting | Investigations | Executive Protection

*Sensitive and Confidential*

## TABLE of CONTENTS

**REPORT OF INVESTIGATION** ................................................................................................................. 3
   **Summary**............................................................................................................................................ 3

S ECURITY C ONSULTING │ I NVESTIGATIONS │ E XECUTIVE P ROTECTION

# REPORT OF INVESTIGATION

Investigation Regarding:         Joe Manuele
Date of Report:                  February 8, 2023

## Summary

On February 8, 2023, at approximately 5:03 pm (PT), Franklin Global Investigator Patrick Conley telephonically interviewed Joe Manuele, telephone number (510) 284-7461. Mr. Manuele was advised of the identity of the investigator and the nature of the interview. Mr. Manuele verbally consented to allow the investigator to record the interview. A copy of the recording is available from the following link:

https://franklinglobal.box.com/s/7tgjmw65n0dlb8a917gyn8tisebsnfqk

A summary of the interview is provided below:

Mr. Manuele is the co-founder of No Filter Network, a video-streaming platform. He arrived in Phoenix, AZ on Sunday, February 5, 2023, and checked into the Renaissance Phoenix Downtown Hotel, 100 N. 1st Street, Phoenix, AZ at approximately 11 am. After checking in, Mr. Manuele attended events at the convention center, went out to dinner and returned to the hotel at approximately 11 pm. At that time, he was with Bryn Davis and Mr. Davis' partner, Phil Watkins. They entered the bar located near the hotel's lobby and sat at a table adjacent to the bar. The bar was approximately 1/3 to 1/2 full, with approximately 20-30 patrons. In addition, Mr. Manuele recalled two bartenders and at least one waitress.

While having drinks, Mr. Manuele observed Michael Irvin standing by the bar. Mr. Manuele called the waitress and asked her to offer a drink for Mr. Irvin. The waitress asked who Mr. Irvin was and Mr. Manuele told her. The waitress took a drink to Mr. Irvin, who declined the gesture. He then thanked Mr. Manuele and his friend and said he was not drinking because he had "a big day tomorrow." Mr. Irvin approached their table, and they talked about the Super Bowl. Mr Manuele asked who Mr. Irvin thought was going to win the game and was surprised when he said Philadelphia, given he was a former Dallas Cowboy. Mr. Manuele indicated Mr. Irvin did not appear to be under the influence of alcohol or drugs, was energetic and well-spoken. He added that Mr. Irvin seemed like "how you see him on TV."

The group asked Mr. Irvin if they could take a photo and he agreed but wanted to take the photo outside, away from the bar. The group walked outside and took photos with Mr. Irvin. Mr. Manuele described Mr. Irvin as "very gracious".

After the photos were taken, they walked back inside, and Mr. Manuele observed Mr. Irvin talking to another person in lobby. However, he could not recall any details about the person he was talking with.

Mr. Manuele then observed a woman with short hair and "sleeve tattoos" talking with Mr. Irvin for a few minutes. Mr. Manuele previously saw the woman working behind the bar and assumed she was a manager. Mr. Manuele did not know how Mr. Irvin and the woman contacted each

other and does not know if she approached him. After a short conversation, Mr. Irvin left and went to the elevators. After Mr. Irvin left, Mr. Manuele and his friends stayed at the bar for another 20-30 minutes and did not notice anything unusual or did not see anyone acting upset.

Mr. Manuele returned to the bar the next night and observed the same waitress, as well as the same woman with the "sleeve" tattoo working at the bar. Mr. Manuele did not hear anyone mention any incident involving Mr. Irvin.

Mr. Manuele provided the following contact information for Mr. Davis and Mr. Watkins:

>Bryn Davis; (215) 480-2794
>Phil Watkins; phil@micemedia.io

Mr. Manuele provided the following photo obtained with Mr. Irvin; time stamped at 11:08 pm:

