

# Report of Investigation

**Phillip Watkins**
**February 8, 2023**

**Prepared For:**
Steven Mandell

**Prepared By:**
Franklin Global, Inc.
200 S. Wilcox Street
Suite 320
Castle Rock, CO 80104

*Sensitive and Confidential*

Security Consulting | Investigations | Executive Protection

# TABLE of CONTENTS

**REPORT OF INVESTIGATION** ................................................................................................................. 3
   **Summary**......................................................................................................................................... 3

SECURITY CONSULTING | INVESTIGATIONS | EXECUTIVE PROTECTION

# REPORT OF INVESTIGATION

Investigation Regarding:	Phillip Watkins
Date of Report:	February 8, 2023

## Summary

On February 8, 2023, at approximately 5:54 pm (PT), Franklin Global Investigator Patrick Conley telephonically interviewed Phillip Watkins, telephone number +61 458 209 639. Mr. Watkins was advised of the identity of the investigator and the nature of the interview. Mr. Watkins verbally consented to allow the investigator to record the interview. A copy of the recording is available from the following link:

https://franklinglobal.box.com/s/crad09j08g4wtdho4h83arq9xl4taalr

A summary of the interview is provided below:

Mr. Watkins is from Australia and is visiting Phoenix, AZ for the Super Bowl. On Sunday, February 5, 2023, at approximately 10:30 pm, Mr. Watkins was at the Renaissance Phoenix Downtown Hotel, 100 1st Street, Phoenix, AZ with his friends, Joe Manuele and Bryn Davis. They went to a restaurant/bar located near the lobby and sat a table near the bar.

They were having drinks when they observed Michael Irvin getting ready to walk out of the bar. Mr. Irvin was interacting with other patrons. Mr. Watkins and his group contacted the waitress and offered to buy Mr. Irvin a drink. Mr. Watkins is not sure if Mr. Irvin accepted the drink, but he came over to their table and started to talk with them.

At that time, he agreed to go outside and take photos with their group. The group went outside, and Mr. Irvin took a group photo with Mr. Watkins, Mr. Davis, and Mr. Manuele. Mr. Watkins then handed his phone to Mr. Manuele, who took a photo of Mr. Watkins with Mr. Irvin.

The group returned inside the bar, with Mr. Watkins walking behind the group. At that time, Mr. Watkins observed Mr. Irvin stop and have a brief conversation with a female waitress. Mr. Watkins was approximately 2 meters away from Mr. Irvin but didn't pay attention to the conversation and only heard them laughing.

The interaction seemed jovial to Mr. Watkins. Mr. Irvin and the waitress shook hands and Mr. Irvin left the bar. The waitress turned and walked away, and Mr. Watkins did not observe any reaction from the waitress, indicating nothing "stuck out" as a traumatic event.

He could not recall what the waitress was wearing, but stated she was approximately 5'6" – 5'7" tall. He thought she was a white female but didn't pay too much attention to her and couldn't specifically recall her race.  He recalled she wore her hair pulled back, possibly in a ponytail.

Mr. Watkins provided the following photos of his interaction with Mr. Irvin:





4

SECURITY CONSULTING | INVESTIGATIONS | EXECUTIVE PROTECTION