# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL IRVIN, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:23-cv-00131 |
| | § | Judge Mazzant |
| v. | § | |
| | § | |
| MARRIOTT INTERNATIONAL INC. | § | |
| and JANE DOE, | § | |
| | § | |
| *Defendants.* | | |

## ORDER

Pending before the Court is Plaintiff Michael Irvin's Motion for Expedited Discovery (Dkt. #5), which was filed on February 22, 2023.

Defendants shall file a response to this motion no later than February 28, 2023, at 5:00 p.m. If no response is filed by that time, the Court will take up the merits of the motion.

**IT IS SO ORDERED.**

**SIGNED this 24th day of February, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE