# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MICHAEL IRVIN § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23cv131 |
| § | Judge Mazzant |
| MARRIOTT INTERNATIONAL, INC. § | |
| and JANE DOE § | |

### ORDER

The Court hereby sets "Emergency: Plaintiff's Motion to Enforce Court Order" (Dkt. #17) for hearing on *Friday, March 10, 2023,* at *2:00 p.m.* at the *Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090.*

**IT IS SO ORDERED.**

SIGNED this 8th day of March, 2023.

*/s/ Amos Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE