# EXHIBIT A



NATHAN D. CHAPMAN
DIRECT DIAL: 404.400.7303
E-MAIL: *nchapman@kcozlaw.com*

March 3, 2023

<u>VIA E-MAIL</u>

Levi G. McCathern, II
lmccathern@mccathernlaw.com
MCCATHERN, PLLC
3710 Rawlins, Suite 1600
Dallas, Texas 75219

RE: *Michael Irvin v. Marriott International, Inc.*, **In the United States District Court for the Eastern District of Texas, Sherman Division, Case No. 4:23-cv-131.**

Mr. McCathern,

Pursuant to the court's order dated March 1, 2023 in the above-referenced matter, copies of the non-privileged "written reports" and "witness statements gathered that pertain to Michael Irvin's stay at the Renaissance Phoenix Downtown Hotel in February 2023" will be delivered to your office on March 6, 2023. The "video recordings" referenced in the court's order will be available for Plaintiff's and his counsel's visual inspection at the law offices of Cozen O'Connor, 1717 Main Street, Suite 3100, Dallas, Texas 75201, on March 7, 2023 from 9 am until 11:30 am and 1:30 pm until 4:30 pm CST. No recording or removal of the video recordings will be permitted and your personal electronic devices (*e.g.*, phones, tablets, computers, and any other device capable of visual or audio recording) must be left at the front desk during the viewing.

Please provide us with the names of the individuals who plan to attend (no more than three) so we can provide their names to security.

Sincerely,

*/s/ Nathan D. Chapman*

Nathan D. Chapman

cc: C. Celeste Creswell
    Kendall Kelly Hayden