# EXHIBIT B

| | |
|---|---|
| **From:** | Nathan Chapman |
| **Sent:** | Friday, March 3, 2023 7:07 PM |
| **To:** | Levi McCathern |
| **Cc:** | khayden@cozen.com; C. Celeste Creswell; Jesse Cromwell; Jim Sherry; Noah McCathern; Elizabeth Criswell |
| **Subject:** | RE: [External] Michael Irvin |

Levi,

What exactly are you claiming is non-compliant?  The production we are making fully complies with Rule 34 and the court's order.  If you are going to accuse us of flouting a court order, you need to identify what you believe is deficient.

Regards,

**Nathan D. Chapman**
KABAT CHAPMAN & OZMER LLP
Direct: (404) 400-7303
Email: nchapman@kcozlaw.com

---

**From:** Levi McCathern <lmccathern@mccathernlaw.com>
**Sent:** Friday, March 3, 2023 5:09 PM
**To:** Nathan Chapman <nchapman@kcozlaw.com>
**Cc:** khayden@cozen.com; C. Celeste Creswell <ccreswell@kcozlaw.com>; Jesse Cromwell <jcromwell@mccathernlaw.com>; Jim Sherry <jsherry@mccathernlaw.com>; Noah McCathern <nmccathern@mccathernlaw.com>; Elizabeth Criswell <ecriswell@mccathernlaw.com>
**Subject:** RE: [External] Michael Irvin

Nate,

For Certificate of Conference purposes, can you explain why you feel it is unnecessary to fully comply with the Court's order?

"It is further ORDERED that Defendant produce the items and documents sought in Plaintiff's Request for Production 1 (Dkt. #5 at p. 8) no later than March 7, 2023 at 5:00 pm"

## Levi G. McCathern, II

*Partner*
*Board Certified Civil Trial Law and*
*Labor & Employment Law*
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
**p:** 214.741.2662 | **f:** 214.741.4717
lmccathern@mccathernlaw.com



This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify McCathern, PLLC immediately by telephone 214.741.2662 and destroy the original message. Messages sent to and from us may be monitored.

**From:** Nathan Chapman <nchapman@kcozlaw.com>
**Sent:** Friday, March 3, 2023 3:01 PM
**To:** Levi McCathern <lmccathern@mccathernlaw.com>
**Cc:** khayden@cozen.com; C. Celeste Creswell <ccreswell@kcozlaw.com>
**Subject:** RE: [External] Michael Irvin

**EXTERNAL EMAIL CAUTION!**
This email originated from outside of the organization.

Mr. McCathern,

Please see my attached correspondence.

Regards,

**Nathan D. Chapman**
KABAT CHAPMAN & OZMER LLP
Direct: (404) 400-7303
Email: nchapman@kcozlaw.com

**From:** Levi McCathern <lmccathern@mccathernlaw.com>
**Sent:** Wednesday, March 1, 2023 4:01 PM
**To:** Nathan Chapman <nchapman@kcozlaw.com>
**Cc:** khayden@cozen.com; C. Celeste Creswell <ccreswell@kcozlaw.com>; Jesse Cromwell <jcromwell@mccathernlaw.com>; Noah McCathern <nmccathern@mccathernlaw.com>; Jim Sherry <jsherry@mccathernlaw.com>
**Subject:** RE: [External] Michael Irvin

Y'all going to give us the stuff this time or do we need to wait for another meaningless appeal?

## Levi G. McCathern, II

*Partner*
*Board Certified Civil Trial Law and*
*Labor & Employment Law*
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
**p:** 214.741.2662 | **f:** 214.741.4717
lmccathern@mccathernlaw.com



This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify McCathern, PLLC immediately by telephone 214.741.2662 and destroy the original message. Messages sent to and from us may be monitored.

**From:** Nathan Chapman <nchapman@kcozlaw.com>
**Sent:** Friday, February 24, 2023 11:50 AM