IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL IRVIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 4:23-cv-131 |
| MARRIOTT INTERNATIONAL, INC. | § § § | |
| Defendants. | § § § | |

**[PROPOSED] ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO ENFORCE COURT ORDER**

On this day, the Court considered Plaintiff Michael Irvin's Emergency Motion to Enforce Court Order. After consideration of the Motion, the responses, and the replies, if any, the Court finds that the Motion should be and hereby is DENIED.

DATED this ___ day of March, 2023.

_____
The Honorable Amos L. Mazzant, III