# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL IRVIN, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:23-cv-00131 |
| | § | Judge Mazzant |
| v. | § | |
| | § | |
| MARRIOTT INTERNATIONAL INC., ET AL. | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the Court is Plaintiff Michael Irvin's Emergency Motion to Enforce Court Order (Dkt. #17). Having considered the motion, the response, the relevant pleadings, and the arguments of counsel, the Court finds that the motion should be **GRANTED**.

It is therefore **ORDERED** that Defendant Marriott International Inc. produce the disputed surveillance video evidence sought in Plaintiff's Request for Production No. 1, without modification, by March 10, 2023, at 5:00 p.m.

**IT IS SO ORDERED.**

SIGNED this 10th day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE