**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **MICHAEL IRVIN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 4:23-cv-131** |
| **MARRIOTT INTERNATIONAL, INC.** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

**CERTIFICATE OF COMPLIANCE WITH COURT ORDER AND STATUS REPORT**

Pursuant to the Court's Orders dated March 1, 2023 and March 10, 2023, Defendant Marriott International, Inc. ("Marriott") certifies that on Friday March 10, 2023, at approximately 4:07 PM Central Time, Marriott produced copies of all the video recordings in its possession to Plaintiff Michael Irvin ("Irvin"). This included the only video of which Marriott is aware showing the encounter between Irvin and the individual who reported Irvin's misconduct, and showing Irvin leaving the hotel in a coat and tie on the evening of February 6, 2023.

Pursuant to the Court's direction at the March 10, 2023, hearing, and in an effort to ensure that Marriott is in compliance with the Court's orders, Marriott has been working diligently with the Phoenix Renaissance Downtown Hotel (the "Hotel") to obtain and preserve any additional relevant video footage that might exist from Irvin's February 5 and February 6, 2023 stay at the Hotel. By tomorrow, March 14, 2023, Marriott's undersigned counsel expects to receive hard drives containing all video data the Hotel has been able to pull from its CCTV video systems to date, which Marriott will produce as soon as it receives it and marks it for

1

production.   Marriott will continue to work diligently with the Hotel to ensure that it has complied with the Court's Orders.

Dated: March 13, 2023

/s/ *Nathan D. Chapman*
Nathan D. Chapman (*pro hac vice*)
nchapman@kcozlaw.com
C. Celeste Creswell (*pro hac vice*)
ccreswell@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street, NW, Suite 1550
Atlanta, Georgia 30363
Tel: (404) 400-7300
Fax: (404) 400-7333

Kendall Kelly Hayden (SBN) 24046197
khayden@cozen.com
Tyler M. Frankel (SBN 24101767)
tfrankel@cozen.com
COZEN O'CONNOR
1717 Main Street, Suite 3400
Dallas, Texas  75201
Telephone: (214) 462-3000
Facsimile:  (214) 462-3299

*Attorneys for Marriott International, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 13th day of March, 2023, a true and correct copy of the above

and foregoing was served via CM/ECF system to the all counsel of record.

*/s/ Nathan D. Chapman*
Nathan D. Chapman