IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Michael Irvin,<br>    *Plaintiff*<br><br>    v.<br><br>Marriott International, Inc.<br>and Jane Doe,<br>    *Defendants* | CIVIL ACTION NO. 4:23-CV-00131 |

## **PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff Michael Irvin respectfully dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)

        Respectfully submitted,

        */s/ Levi G. McCathern, II*
        Levi G. McCathern, II
        State Bar No. 00787990
        lmccathern@mccathernlaw.com
        Jesse L. Cromwell
        State Bar No. 24073067
        jcromwell@mccathernlaw.com
        Noah L. McCathern
        State Bar No. 24118035
        nmccathern@mccathernlaw.com

        McCathern Shokouhi Evans & Grinke, PLLC
        3710 Rawlins St., Suite 1600
        Dallas, Texas 75219
        Telephone: (214) 741-2662
        Facsimile: (214) 741-4717

        ATTORNEYS FOR PLAINTIFF
        MICHAEL IRVIN

## **CERTIFICATE OF SERVICE**

I certify that on March 13, 2023, I filed the foregoing pleading using the Court's electronic filing system, and same was e-served on Defendant's counsel of record, as follows:

Kendell Kelly Hayden
Cozen O'Connor
1717 Main St., Suite 3100
Dallas, TX 75201

and

Nathan D. Chapman
C. Celeste Creswell
Kabat Chapman & Ozmer, LLP
171 17th St. NW, Suite 1550
Atlanta, GA 03063

                                                  */s/ Levi G. McCathern, II*
                                                  Levi G. McCathern, II